◼ MICHAEL SEVERIN, Appellant, v VINCENT BENENATI et al., Respondents. [673 NYS2d 1017] —In a negligence action to recover damages for personal injuries, the plaintiff appeals, on the ground, *inter alia,* of inadequacy, from a judgment of the Supreme Court, Kings County (Shaw, J.), dated April 29, 1997, which, upon a jury verdict finding him 40% at fault in the happening of the accident and finding that he suffered total damages in the amount of $75,000, is in his favor in the principal sum of only $45,000.

Ordered that the judgment is affirmed, with costs.

The jury's award of damages for the plaintiff's torn rotator

cuff injury did not deviate from what would be reasonable compensation (CPLR 5501 [c]; *see, Sescila v Garine,* 225 AD2d 684).

The plaintiff's remaining contention is without merit. O'Brien, J. P., Pizzuto, Joy and Florio, JJ., concur.